UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
J.P. MORGAN SECURITIES INC.,                  :

                Plaintiff,       :  __Civil Action No.___(     )

    against-                                  :

HERNAN E. ARBIZU,                             :

                Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DISCLOSURE STATEMENT

       Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for plaintiff J.P. Morgan Securities Inc., certifies that:

       J.P. Morgan Securities Inc. is a wholly owned subsidiary of JP Morgan Chase & Co.

Dated:  New York, New York
         June 13, 2008

                         PADUANO & WEINTRAUB LLP

                         By:_____
                           Anthony Paduano (AP 8400)
                           Jordan D. Becker (JB 3636)
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100

Attorneys for Plaintiff
J.P. Morgan Securities Inc.